**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Darrell Jay PELVIT, Defendant—**
**Appellant.**

No. 04–30366.

D.C. No. CR–03–00053–RFC.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 9, 2006.\*

Decided Jan. 13, 2006.

C. Ed Laws, Esq., USBI—Office of the U.S. Attorney, Billings, MT, Bernard F. Hubley, Esq., USHE—Office of the U.S. Attorney, Helena, MT, for Plaintiff–Appellee.

L. Sanford Selvey, Esq., Selvey Law Firm, Billings, MT, for Defendant–Appellant.

Before HUG, O'SCANNLAIN, and SILVERMAN, Circuit Judges.

MEMORANDUM \*\*

Darrell Jay Pelvit appeals from his 160–month prison sentence after pleading guilty to manufacturing and conspiracy to manufacture more than 50 grams of methamphetamine within 1000 feet of a public playground in violation of 21 U.S.C. §§ 841(a)(1); 846; and 860, and possession

of firearms during, and in relation to, a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i). We have jurisdiction under 28 U.S.C. § 1291.

We remand the sentence for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

REMANDED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.